```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**CARL C. FOSTER and**
**THE PEOPLE OF WASHINGTON**
**MANOR AND SURRPOUNDING AREA**
**(i.e. Margaret, Joseph, Ross Streets**
**And 100 Washington Street)**

       Plaintiff,

v.                                    Civil Action No. 2:14-cv-24091

**THE STATE OF WEST VIRGINIA and**
**WV AMERICAN WATER and THE**
**CALLWELL [sic] PRACTICE and**
**FREEDOM INDUSTRIES,**

       Defendants.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge R. Clarke VanDervort, filed on October 15, 2015, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the plaintiff's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: August 26, 2016

John T. Copenhaver, Jr.
United States District Judge